```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
FEIGE SILBERMAN,                     :
                                     :
              Plaintiff,             :        20-cv-3852 (JSR)
                                     :
       v.                            :
                                     :
EQUIFAX INFORMATION SERVICES, LLC,   :        ORDER
                                     :
              Defendant.             :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

    Earlier today, the parties in this case informed the Court that they have reached an agreement in principle to settle this case. Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

    SO ORDERED.

Dated:   New York, NY  
           June 10, 2020

_____  
JED S. RAKOFF, U.S.D.J.